UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 16 P 1:04

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| LINDA THOMPSON,<br>Plaintiff | : | |
| | : | CIV NO. 3: 02 CV 1594 (AVC) |
| v. | : | |
| SPACENET, INC.,<br>Defendant | : | DECEMBER 15 2003 |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Linda Thompson, hereby moves to extend **all** of the deadlines contained in the Scheduling Order dated December 12, 2002 and as modified by motion dated September 15, 2003 and granted on September 18, 2003 an additional sixty (60) days due to the fact that plaintiff's counsel is awaiting resolution of plaintiff's Motion to Compel production of documents and answers to interrogatories. Plaintiff seeks complete document production before the deposition of Spacenet, Inc. because the 30(b)(6) deposition will have to be taken in Virginia and plaintiff does not want to incur the cost of travel twice. Defendant's lead counsel is scheduled to commence a trial which begins on December 9, 2003. **DEFENDANT CONSENTS TO THE GRANTING OF THIS MOTION.** The Plaintiff proposes the following deadlines:

    1.    All discovery, including depositions of all witnesses, shall be completed by February 24, 2004, (presently December 26, 2003);

2.  All motions, except motions in limine incident to a trial, shall be filed on or before April 5, 2004, (presently February 3, 2004);

3.  The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 5, 2004, (presently February 3, 2004); and

7.  The case shall be ready for trial by August 1, 2004, (presently April 1, 2004).

This is plaintiff's third motion for extension of time with respect to the deadlines in the Scheduling Order

Wherefore, the Plaintiff respectfully requests that this Court grant this Motion.

        PLAINTIFF
        LINDA THOMPSON

By: _____
        Jacques J. Parenteau
        Fed. Bar No. 09771
        Madsen, Prestley & Parenteau, LLC
        111 Huntington Street
        P.O. Box 1631
        New London, CT 06320
        Tele: (860) 442-2466
        Fax: (860) 447-9206

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed to the following counsel of record on this 15th day of December, 2003:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

_____
Jacques J. Parenteau