UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA THOMPSON, **Plaintiff** | : <br> : <br> : CIV NO. 3: 02 CV 1594 (AVC) <br> : <br> v. : <br> : <br> : <br> SPACENET, INC., **Defendant** : DECEMBER 15 2003 |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Linda Thompson, hereby moves to extend **all** of the deadlines contained in the Scheduling Order dated December 12, 2002 and as modified by motion dated September 15, 2003 and granted on September 18, 2003 an additional sixty (60) days due to the fact that plaintiff's counsel is awaiting resolution of plaintiff's Motion to Compel production of documents and answers to interrogatories. Plaintiff seeks complete document production before the deposition of Spacenet, Inc. because the 30(b)(6) deposition will have to be taken in Virginia and plaintiff does not want to incur the cost of travel twice. Defendant's lead counsel is scheduled to commence a trial which begins on December 9, 2003. **DEFENDANT**

3:02CV1594(AVC). December 23, 2003. GRANTED as follows: (1) all discovery, including depositions of all witnesses, shall be completed by February 24, 2004; (2) all motions, except motions in limine incident to a trial, shall be filed on or before April 5, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 5, 2004; and (4) the case shall be ready for trial by May 5, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.