UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 1: 44
U.S. DISTRICT COURT
HARTFORD, CT

LINDA THOMPSON,
    Plaintiff

                               CIV NO. 3: 02 CV 1594 (AVC)

v.

SPACENET, INC.,
    Defendant                          JANUARY 22, 2004

## MOTION FOR EXTENSION OF TIME

Plaintiff, Linda Thompson, hereby moves to extend **all** of the deadlines contained in the Scheduling Order dated December 12, 2002 and as modified by motion dated December 15, 2003 and granted on December 23, 2003 an additional sixty (60) days due to the fact that plaintiff's counsel is awaiting resolution of plaintiff's Motion to Compel production of documents and answers to interrogatories. Plaintiff seeks complete document production before the deposition of Spacenet, Inc. because the 30(b)(6) deposition will have to be taken in Virginia and plaintiff does not want to incur the cost of travel twice. **DEFENDANT CONSENTS TO THE GRANTING OF THIS MOTION.** The Plaintiff proposes the following deadlines:

1.    All discovery, including depositions of all witnesses, shall be completed by April 26, 2004, (presently February 24, 2004);

2.  All motions, except motions in limine incident to a trial, shall be filed on or before June 4, 2004, (presently April 5, 2004);

3.  The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on June 4, 2004, (presently April 5, 2004); and

7.  The case shall be ready for trial by August 1, 2004, (presently May 5, 2004).

This is plaintiff's fourth motion for extension of time with respect to the deadlines in the Scheduling Order

Wherefore, the Plaintiff respectfully requests that this Court grant this Motion.

                    PLAINTIFF
                    LINDA THOMPSON


            By: _____
                    Jacques J. Parenteau
                    Fed. Bar No. 09771
                    Madsen, Prestley & Parenteau, LLC
                    111 Huntington Street
                    P.O. Box 1631
                    New London, CT 06320
                    Tele: (860) 442-2466
                    Fax: (860) 447-9206

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed to the following counsel of record on this 26th day of January, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

_____
Jacques J. Parenteau