UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA THOMPSON,<br>Plaintiff | :<br>:<br>: CIV NO. 3: 02 CV 1594 (AVC)<br>: |
| v. | :<br>:<br>: |
| SPACENET, INC.,<br>Defendant | :<br>: JANUARY 22, 2004 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff, Linda Thompson, hereby moves to extend **all** of the deadlines contained in the Scheduling Order dated December 12, 2002 and as modified by motion dated December 15, 2003 and granted on December 23, 2003 an additional sixty (60) days due to the fact that plaintiff's counsel is awaiting resolution of plaintiff's Motion to Compel production of documents and answers to interrogatories. Plaintiff seeks complete document production before the deposition of Spacenet, Inc. because the 30(b)(6) deposition will have to be taken in Virginia and plaintiff does not want to incur the cost of travel twice. **DEFENDANT CONSENTS TO**

```
3:02CV1594(AVC).  February 2, 2004.  The motion to modify scheduling
order (document no. 53) is GRANTED as follows: (1) All discovery,
including depositions of all witnesses, shall be completed by
April 26, 2004; (2) all motions, except motions in limine
incident to a trial, shall be filed on or before June 4, 2004;
(5) the parties shall file a joint trial memorandum in accordance
with the pretrial order, which order shall accompany the jury
selection calendar, and be sent to the parties on June 5, 2004;
and (6) the case shall be ready for trial by August 1, 2004.
SO ORDERED.
              Alfred V. Covello, U.S.D.J.
```