Case 3:02-cv-01594-AVC    Document 55    Filed 02/09/2004    Page 1 of 1



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA THOMPSON,<br>Plaintiff | : <br> : <br> : CIV NO. 3: 02 CV 1594 (AVC) <br> : <br> v. : <br> : <br> : <br> SPACENET, INC., : <br> Defendant : JULY 22, 2003 |

## MOTION TO COMPEL

Pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 37(a)(2), the plaintiff, Linda Thompson, hereby moves to compel production of documents and answers to Plaintiffs First Set of Interrogatories and Requests for Production. Plaintiff submits an Affidavit and Memorandum of Law in support of her Motion to Compel and incorporates the information set forth therein by reference.

On or about January 23, 2003, the plaintiff served upon the defendant her first discovery request including 15 interrogatories and 29 production requests. (A copy of plaintiff's interrogatories and requests for production, along with defendant's objections thereto are attached to the Memorandum of Law as Exhibit A). In response to the defendant's claim that the plaintiff had exceeded the number of discovery requests allotted by the Federal Rules of Civil Procedures, by virtue of the inclusion of

---

3:02CV1594(AVC). February 4, 2004. Inasmuch as the defendant indicates that this motion to compel could be rendered moot if additional time is permitted for counsel to confer and discuss the discovery issues in detail, the motion to compel (document no. 43) is DENIED without prejudice to its refiling, if desired, following the parties good faith efforts to resolve the discovery disputes. The parties shall have to and including March 4, 2004, to resolve the disputes, at which time the plaintiff may refile his motion to compel, if necessary. SO ORDERED.

Alfred V. Covello, U.S.D.J.