# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------- X
LINDA THOMPSON,                                    :
                                                   :    DOCKET NO. 3:02CV1594(AVC)
                          Plaintiff,               :
                                                   :
v.                                                 :
                                                   :
SPACENET, INC.,                                    :
                                                   :    APRIL 8, 2004
                          Defendant.               :
------------------------------------------------- X
```

### MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES

Pursuant to D. Conn. L. Civ. R. 7(b), defendant Spacenet Inc. ("defendant" or "Spacenet") hereby moves for an extension of time, until August 30, 2004, to complete discovery in the above-captioned case, and a concomitant extension of all deadlines set forth in the Scheduling Order, as modified. In support thereof, defendant states as follows:

Due to a dispute concerning discovery, and particularly the scope of defendant's obligation to produce documents, the parties refrained from conducting depositions pending the Court's ruling on plaintiff's motion to compel. By Order dated February 4, 2004, the Court denied plaintiff's motion to compel, "without prejudice to its refiling, if desired, following the parties good faith efforts to resolve the discovery disputes." The Court gave the parties until March 4, 2004, to resolve the disputed discovery items or, failing a resolution, renew the request for judicial intervention. Thereafter, the parties entered into good faith discussions culminating in a compromise agreement whereby defendant agreed to turn over certain additional documentation and information.

In the meantime, the parties undertook to engage in good faith settlement discussions in the hopes of perhaps resolving plaintiff's claims and bringing this matter to closure. To date, the parties have been unable to work out a settlement and, consequently, depositions will be going forward. Due to the press of other business, and defense counsel's planned vacation during the week of April 19, 2004, the parties will be unable to complete discovery prior to the April 26, 2004 deadline. Defendant, with plaintiff's approval and acquiescence, therefore respectfully requests that the discovery cut-off date be extended until August 31, 2004, and all other pre-trial deadlines be extended accordingly. An extension of this duration is warranted because both parties' attorneys of record are scheduled to be on trial in June, and substantially all of the prospective deponents reside outside the state. Many of the prospective deponents, moreover, are third parties and will need to be subpoenaed. Good cause therefore exists for the requested extension.

This is defendant's first motion for an extension of the pre-trial deadlines; four previous motions filed by plaintiff have been granted. Counsel for plaintiff has been consulted and agrees to the motion.

DEFENDANT,
SPACENET INC.

Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

Lawrence Peikes (ct 07913)

2

## CERTIFICATE OF SERVICE

This will certify that on April 8, 2004, a copy of the foregoing Motion for Extension of

Pre-Trial Deadlines was served by first-class U.S. mail, postage prepaid on:

> Jacques J. Parenteau, Esq.
> Madsen, Prestley & Parenteau, LLC
> 111 Huntington Street
> P.O. Box 1631
> New London, CT 06320

Lawrence Peikes

\14722\5\85494.1