UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- X
LINDA THOMPSON,                                   :
                                                  :   DOCKET NO. 3:02CV1594(AVC)
          Plaintiff,                          :
                                                  :
v.                                                :
                                                  :
SPACENET, INC.,                                   :
                                                  :   APRIL 8, 2004
          Defendant.                          :
------------------------------------------------- X

## MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES

Pursuant to D. Conn. L. Civ. R. 7(b), defendant Spacenet Inc. ("defendant" or "Spacenet") hereby moves for an extension of time, until August 30, 2004, to complete discovery in the above-captioned case, and a concomitant extension of all deadlines set forth in the Scheduling Order, as modified. In support thereof, defendant states as follows:

Due to a dispute concerning discovery, and particularly the scope of defendant's obligation to produce documents, the parties refrained from conducting depositions pending the Court's ruling on plaintiff's motion to compel. By Order dated February 4, 2004, the Court denied plaintiff's motion to compel, "without prejudice to its refiling, if desired, following the parties good faith efforts to resolve the discovery disputes." The Court gave the parties until March 4, 2004, to resolve the disputed discovery items or failing...

3:02CV1594(AVC). April 14, 2004. The defendant's motion for an extension of time (document no. 56) is GRANTED as follows: (1) All discovery, including depositions of all witnesses, shall be completed by April 31, 2004; (2) all motions, except motions in limine incident to a trial, shall be filed on or before June 15, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 15, 2004; and (4) the case shall be ready for trial by August 1, 2004.
SO ORDERED.
          Alfred V. Covello, U.S.D.J.