UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| LINDA THOMPSON, | : |
| | : DOCKET NO. 3:02CV1594(AVC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SPACENET, INC., | : |
| | : APRIL 22, 2004 |
| Defendant. | : |

---

## MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ. R. 7(b) and (c), defendant Spacenet Inc. ("defendant" or "Spacenet") hereby moves for reconsideration of the Court's Endorsement Order, dated April 14, 2004, granting defendant's motion for an extension of the pre-trial deadlines in the above-captioned case. Defendant's original motion requested an extension of time, until August 30, 2004, to complete discovery, and a concomitant extension of all deadlines set forth in the Scheduling Order, as modified, citing, *inter alia*, the parties' resolution of a discovery dispute resulting in the disclosure of additional documents and information. In addition, defendant noted that counsel for both parties are scheduled to be on trial in June. Although the Endorsement Order purports to grant defendant's motion, the discovery deadline was set for April 31, 2004, apparently as a result of a scrivener's error. Defendant therefore seeks reconsideration of the Endorsement Order and renews its request that the discovery deadline be extended until August 30, 2004, to provide the parties adequate time to conduct depositions, and that all other pre-trial deadlines be adjusted accordingly.

The underlying motion for an extension of the pre-trial deadlines was the first such motion filed by defendant; four previous motions filed by plaintiff have been granted. Counsel for plaintiff has been consulted and agrees to the motion for reconsideration as well as the proposed extension of the pre-trial deadlines.

          DEFENDANT,
          SPACENET INC.

          Wiggin and Dana LLP
          Its Attorneys
          400 Atlantic Street
          P.O. Box 110325
          Stamford, CT  06911-0325
          (203) 363-7600
          (203) 363-7676 (fax)

          _____
          Lawrence Peikes (ct 07913)

## CERTIFICATE OF SERVICE

This will certify that on April 22, 2004, a copy of the foregoing Motion for Reconsideration was served by first-class U.S. mail, postage prepaid on:

>Jacques J. Parenteau, Esq.
>Madsen, Prestley & Parenteau, LLC
>111 Huntington Street
>P.O. Box 1631
>New London, CT  06320

_____
Lawrence Peikes

\14722\5\86024.1