UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
LINDA THOMPSON,                :
                               :   DOCKET NO. 3:02CV1594(AVC)
            Plaintiff,         :
                               :
v.                             :
                               :
SPACENET, INC.,                :
                               :   APRIL 22, 2004
            Defendant.         :
---------------------------------------------------------- X

## MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ. R. 7(b) and (c), defendant Spacenet Inc. ("defendant" or "Spacenet") hereby moves for reconsideration of the Court's Endorsement Order, dated April 14, 2004, granting defendant's motion for an extension of the pre-trial deadlines in the above-captioned case. Defendant's original motion requested an extension of time, until August 30, 2004, to complete discovery, and a concomitant extension of all deadlines set forth in the Scheduling Order, as modified, citing, *inter alia*, the parties' resolution of a discovery dispute resulting in the disclosure of additional documents and information. In addition, defendant noted that counsel for both parties are scheduled to be on trial in June. Although the Endorsement

3:02CV1594(AVC). April 27, 2004. The motion (document no. 58) is GRANTED as follows: (1) All discovery, including depositions of all witnesses, shall be completed by July 12, 2004; (2) all motions, except motions *in limine* incident to a trial, shall be filed on or before July 30, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on August 30, 2004; and (4) the case shall be ready for trial by October 14, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.