UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA THOMPSON,<br>　　Plaintiff | :<br>:<br>: CIV NO. 3: 02 CV 1594 (AVC)<br>:<br>v.　　　　　　　　　　　　　　　:<br>:<br>:<br>SPACENET, INC.,　　　　　　　　:<br>　　Defendant　　　　　　　　　　: MAY 19, 2004 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

| DEFENDANT | PLAINTIFF |
|---|---|
| SPACENET, INC. | LINDA THOMPSON |
| *(signature)* | *(signature)* |
| Lawrence Peikes (ct 07913) | William G. Madsen (ct 09853) |
| Wiggin & Dana LLP | Madsen, Prestley & Parenteau |
| 400 Atlantic Street | 44 Capitol Ave., |
| P.O. Box 110325 | Suite 201 |
| Stamford, CT 06911-0325 | Hartford, CT 06106 |
| Tel: (203) 363-7609 | Tel: (860) 246-2466 |
| Fax: (203) 363-7676 | Fax: (860) 246-1794 |

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the 7th day of June, 2004 to all counsel of record, including:

William G. Madsen
Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

_____
Lawrence Peikes