UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Linda Thompson

V.                          Case Number:  3:02cv1594(AVC)

Spacenet Inc

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **60** - **ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, June 8, 2004.


KEVIN F. ROWE, CLERK

/s/ bpd
By: _____
    Bonnie P. D'Onofrio
    Deputy Clerk